61 P.3d 512

# SUPREME COURT OF HAWAI'I

State v. Barnslater .................................. 24183    01/23/2003    Vacated and Remanded

| | | | |
|---|---|---|---|
| Gonsalves v. Nissan Motor Corp. in Hawaii, Ltd. .................... 23505 | 12/24/2002 | Denied | 100 Hawai'i 149, 58 P.3d 1196 |
| State v. Cunney .................. 23092 | 01/16/2003 | Denied | 100 Hawai'i 296, 59 P.3d 931 |
| State v. Kamanao ................ 25271 | 12/12/2002 | Denied | |
| State v. Makalii .................. 24833 | 11/12/2002 | Denied | 99 Hawai'i 431, 56 P.3d 733 |
| State v. Peabody ................ 25111 | 12/17/2002 | Granted | |
| State v. Story ...................... 24889 | 01/15/2003 | Denied | 100 Hawai'i 296, 59 P.3d 931 |

| | | |
|---|---|---|
| State v. Ababa ................... 24127 | 01/06/2003 | Granted |
| Grievance Arbitration Between State of Hawaii Organization of Police Officers ex rel. Mejia, In re, v. Hawaii County Police Dept., County of Hawaii ........ 23384 | 01/03/2003 | Denied |